## Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 138  
**IP Address:** 68.237.95.186  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DC1259DFD7C1206E03716033BF7B23E7D6BF9842<br>File Hash: EE80E103B0DD52AA38BAAC4123947867C2A7269C438AEB648E2A9DCD44777FB9 | 09-23-2021 02:33:12 | Blacked Raw | 12-08-2019 | 12-17-2019 | PA0002217664 |
| 2 | Info Hash: 20BB07151E54C494378097BBF6CB22B32855DE40<br>File Hash: C088A75D34A2F71EE11377C12A6B5C6BD99215288EBF3CB6FD0916A237B2FD43 | 09-20-2021 22:18:05 | Blacked Raw | 08-15-2018 | 09-01-2018 | PA0002119585 |
| 3 | Info Hash: 74B17221EBE9407AE907992D7D10932F8CBB01EC<br>File Hash: 1D3CBCA38599A25EF9F519D31DEEA322CAA2580A96065FB389A7FA96959838D3 | 09-19-2021 21:00:23 | Blacked Raw | 10-04-2018 | 10-16-2018 | PA0002127787 |
| 4 | Info Hash: 11575B869DE3A034D920FFDFADEB055C540A076F<br>File Hash: 9769506A26BB7AB24ADA6E8FF52442E3358BCEA9CC9F82DD85B901079B2C4AC6 | 09-16-2021 11:39:02 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 5 | Info Hash: 09DF1A4719225D9989EE50E1E7316F7AB9159B03<br>File Hash: 7CF83851C871BC6C450E0007F8B6C4E3BBF4B4AD0015EC3C696718303EECD639 | 09-15-2021 12:21:29 | Blacked Raw | 01-22-2018 | 02-20-2018 | PA0002104185 |
| 6 | Info Hash: 2EA738CC0BED3FB923586330F5946F8C75B594F9<br>File Hash: 6FD96382E85D174ACA594472338FD91C266FC7C14832847B3F21118A74994339 | 09-15-2021 12:16:07 | Blacked Raw | 03-03-2018 | 04-17-2018 | PA0002116063 |
| 7 | Info Hash: 1FA7743CE74E385E33B6616107DB891F7A99B1EC<br>File Hash: B1BDD4C118336C2456FF31C2BB793B1D1DDA165D55403869C5D0508A0E598D65 | 09-14-2021 23:15:30 | Blacked Raw | 11-13-2018 | 12-10-2018 | PA0002145836 |
| 8 | Info Hash: 08BEB6BCEC46D63219DA876A8BBAEF7098F0B16C<br>File Hash: FFED87685DFBE68B78BCE02E7CDB54214289323D266FABE063D8DBF502A2BEB6 | 09-13-2021 21:07:04 | Blacked Raw | 11-13-2017 | 11-30-2017 | PA0002098039 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: BB35092D616A629849F4EE4CA226C3ECCB2B363B<br>File Hash: 2E9FCE8A39DB869A162A5164F8C523E2128D2C57C4501174F8634D934BCCE80A | 09-13-2021 13:51:14 | Blacked Raw | 09-04-2019 | 09-13-2019 | PA0002200700 |
| 10 | Info Hash: 8F657D91526524283CB2E7083F4B7E879F3AF880<br>File Hash: F3D847207E0F625011E773C60FE9154D089F50BC7E9EEEF26D1F8C5DA6C0B14D | 09-13-2021 13:21:19 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 11 | Info Hash: E9C4DE1739D578D51FC5B18D2E150BB4883D3EA2<br>File Hash: 72AFD88113D049E0EAF18D1AE167A60C2D2B40D36DA409D63BAF60140606B97D | 09-13-2021 13:21:06 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 12 | Info Hash: BDE09DBFF9AE88C967D50FCD5C28D561F10F6731<br>File Hash: 8339C23DDABF3DDA834133F1BE00890DEB7C187DA2095ED78C70A2C877217EEA | 09-13-2021 01:31:41 | Blacked Raw | 03-03-2019 | 04-17-2019 | PA0002186905 |
| 13 | Info Hash: 46BB176456B6FAED37E8E0F5601E6D803F4494CE<br>File Hash: A723898E3804C044A68C4BBB45FFFA9111A143DEE68C3BB8C37BFC93A08588B8 | 09-13-2021 01:29:52 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 14 | Info Hash: 291F2552BA28D9FEAC1BB52BA9C8B7320A93860A<br>File Hash: A29BF21F2C5FC55B7BAF36963B0811805137077CC1F9BCCCE3223FDD4BC68976 | 09-13-2021 01:26:59 | Blacked Raw | 03-28-2018 | 04-12-2018 | PA0002091513 |
| 15 | Info Hash: A7D1ACA9144842177C99F7CDC012CA543814753D<br>File Hash: A71B05389B4510F0A980F7D096FF9CFC45D4E16FB66C36104F8D4B57DE90DADB | 09-13-2021 01:22:42 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 16 | Info Hash: 151C9743BA87628908C4B36D5493A14D4A6CF58C<br>File Hash: A450BEC61899EAA3825759CB7D66800A115EEE69B8A73FA93CC1F1296CA24ED8 | 09-12-2021 19:42:44 | Blacked Raw | 12-08-2017 | 01-02-2018 | PA0002097423 |
| 17 | Info Hash: C198EA5A190F7A29B52B2ED7FBD30AD679CFDD4D<br>File Hash: C3BDC10D2BBEB0E7B4474B0A5B2361B58548E3A9F488D4C33AD1E495E891DEEA | 09-12-2021 03:16:47 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 5D606322A7940B80D8254ADAC5E402B05C84E01A<br>File Hash: 55E554DB172B9B9B5C67FE7588719E55DA62C01630A69C0E50E39325DBC1265F | 09-11-2021 20:08:36 | Blacked Raw | 01-27-2019 | 03-24-2019 | PA0002184066 |
| 19 | Info Hash: 4B63E6F9555061E972578913C92B7B1DC4E58764<br>File Hash: 5C65BEEF3B3773BFC91719C8CFE389D49DD8416CA8EEC630985FFFA7216250D2 | 09-11-2021 19:25:12 | Blacked Raw | 08-10-2020 | 08-18-2020 | PA0002253097 |
| 20 | Info Hash: E7E9ABF35AFC7650F926B18335592EA933654FC6<br>File Hash: 4A92DB7C632CF4468F801B2EC7B231DBA9510342DC66BAA1AF7940430AE58333 | 09-11-2021 19:25:07 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 21 | Info Hash: 19C1395DB67EE9441B29A89A75B34D45317E7716<br>File Hash: 61681AF79758E32D6375754DA00B5D5D69BA550FE876966EB444891E9E8F633C | 09-11-2021 19:09:01 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 22 | Info Hash: F6C4CB85B9CE844162A864CE5997F278A1660F44<br>File Hash: 2D470F7DA53635DEB0E86675366502511C88AFA332A9DCB72740A3CC7F8BF1AF | 09-11-2021 19:08:49 | Tushy | 04-26-2020 | 05-19-2020 | PA0002241478 |
| 23 | Info Hash: 495F271BEA22E569FF1AFCFFC94FF0369BE73991<br>File Hash: DDE91152BDFBE198A895C151F3E243F454BBAE22A8564D3B8733F4D9F4D7641C | 09-11-2021 16:05:04 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 24 | Info Hash: EF9929EF02706E916257975A799BBDA3FB78B8B2<br>File Hash: 7EDE814BD47E437D63B55810B47D090BDBEF3EDAC38B991447DC5BD7D58CD836 | 09-11-2021 15:52:12 | Blacked | 11-26-2017 | 01-04-2018 | PA0002069346 |
| 25 | Info Hash: 3CD99E257386DDC5B973FD7607708B1776093C43<br>File Hash: DD0DFBDFA53637D837CE79705107E47F5E01E3ED8E855C84B3FAB3C015C66A58 | 09-11-2021 15:35:03 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 26 | Info Hash: DC61B700AEB5386C2C19111A7617590096F5917A<br>File Hash: DD4220B602CB7A41A7926E781A79209289B2C0DEE64583BDF64C688B5EBF1C22 | 09-10-2021 00:00:54 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: BDBD923693B83B94EF75C1C67A9A090BB04CC440<br>File Hash: 53D7B94C5693E7FE5534D51955E1AF63DA304AA49A92BFAEDAF0D496F3C8A1B0 | 09-10-2021 00:00:33 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 28 | Info Hash: 0DD5E0CA1A0C69884033049F7172BED08A279A91<br>File Hash: 855C85DE7FED0B5163BD48BE626FE0C018D77C025AE91B6BAB9CAE58C4C4F3FC | 09-09-2021 07:23:37 | Vixen | 12-15-2017 | 01-24-2018 | PA0002101764 |
| 29 | Info Hash: A92F9D314D0018E679B15D122C8271C63C86598A<br>File Hash: DEF5CD86B2B7A3FA62AEA9D540AB623C77B0B30320F50F299AC7EDEC35945CE2 | 09-09-2021 02:37:17 | Vixen | 12-10-2017 | 01-04-2018 | PA0002097451 |
| 30 | Info Hash: 5BF341F96116AB62122712420E384E7441F88C8A<br>File Hash: 1BC7BE3A18669790ED3CAD441FB5B2D08F194A6C4E4D675428BFE43546CBFB0B | 09-09-2021 02:02:00 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 31 | Info Hash: 516F85667359CC8D9FC037335178380FF76DA007<br>File Hash: 85FC126B40B0CD5D4480E02679AF69192666B2FBC470D3E4AFEEC6BA20B76DC9 | 09-09-2021 02:00:37 | Blacked Raw | 02-16-2018 | 03-01-2018 | PA0002079185 |
| 32 | Info Hash: F6D4E1BDAC22806E16F59B2FED59203CE8516285<br>File Hash: 648C749EA5701476CE9F061C586AD21F16FCD039C729BA4FC0A5C77FEF97E639 | 09-09-2021 01:30:37 | Blacked | 01-05-2019 | 01-22-2019 | PA0002147685 |
| 33 | Info Hash: FFCBC2AA2977112F060895E264167F7BB55FD56F<br>File Hash: 20E417F23823B0BA78ED539D330C6992BB77836528AA53670234A1340F544400 | 09-09-2021 01:30:26 | Blacked | 10-17-2017 | 11-27-2017 | PA0002097981 |
| 34 | Info Hash: 7F48D03866F3110ED40E4FB36B9AED2BE6348B72<br>File Hash: 87406B6D38830293E85709D0EC1A6B9F054059277BFA970CCE38D751A49FCD84 | 09-09-2021 00:48:35 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 35 | Info Hash: 3F40997A82FC53071C59042199619597941A3D23<br>File Hash: 0FF21374EA64088EC6E843C5416093539BCE2F595EDF5FBF4598613F23F3FD7E | 09-08-2021 02:27:49 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 0B0A1D1F0BE390E4F1E6C030C8BAF8A892BBED98<br>File Hash: 937BED241D7B9D117964C72A19104C793D859E2DB0892808DA9ED3E7C6D0E185 | 09-06-2021 18:52:05 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |
| 37 | Info Hash: A04DA9DB005CCBC773FB24B593A8E617ECFBF5EF<br>File Hash: A3029860B6D2B90471DB513FD9D1AADAE68D6BA38EA2F1BAA666B4621965E58D | 09-06-2021 18:51:42 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 38 | Info Hash: 3491D32931B613B4647FA8853162204243F7FD0E<br>File Hash: 258695509677F59C2679866BDE3C1A67B94ED31D0F2B02E12FEE9846DF043F78 | 09-06-2021 18:50:15 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |
| 39 | Info Hash: AE5E870D8F949A3741E69FBA6203F095361DF9F5<br>File Hash: D90EFDA384181A39266A71879AB8163B9F54A4C27773B059A189B248D4E9E4FD | 09-06-2021 18:42:28 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |
| 40 | Info Hash: F436716E467358A87CA812C874AD4FBE443ACD9C<br>File Hash: 5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 09-06-2021 18:35:21 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 41 | Info Hash: 62906BB416FDB39E6D89567E554265F4675FA366<br>File Hash: 90DD728A354B4FFB49F4157353ECE404EDE763B700E584722F9CAD312D6BCCF7 | 09-06-2021 15:58:27 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 42 | Info Hash: EFCFD6A363E6C1E838FF716AA23A4D25D9BCF58C<br>File Hash: EE783E0A07A576007187F56864AB35D1759FDA96881F1892692F4A92BD2B6AE0 | 09-06-2021 15:28:45 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 43 | Info Hash: 49E4BD835EADB14A6405CDAEB8646EE462D7E133<br>File Hash: 1E3CB9E765BDB3411D76F5F869535AD6F3B47F2FE1E618E85688E93E2CA73EC6 | 09-06-2021 15:28:26 | Blacked Raw | 03-23-2018 | 04-17-2018 | PA0002116746 |
| 44 | Info Hash: 54BEEB8E2D7FF2237E63B185C8B86D9E22C64B54<br>File Hash: 85BDA99930300B18BBBB8274E67E93A4282E941F871F6CD684C739D73C472680 | 09-04-2021 03:34:20 | Vixen | 03-20-2020 | 04-17-2020 | PA0002246116 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: B2AE0FC765E6EB1BE8B0E93C03FA9587817F7C3C<br>File Hash: 5EA027602327EF3861703D9FE8E45AB4E84F2A8179A8ECB6637C4E3F375266B4 | 09-04-2021 02:35:33 | Vixen | 02-28-2019 | 03-31-2019 | PA0002163973 |
| 46 | Info Hash: EA39AD116E1AD82A259908E827ABCC1AAF1D19D5<br>File Hash: A32E449C200FC59E4D3B31C88E075432B1C4DB5C74BE06F8C2F9FD2F05FE6B0D | 09-04-2021 02:04:47 | Vixen | 04-09-2017 | 06-05-2017 | PA0002052836 |
| 47 | Info Hash: 4A397114BB6752E8E3B02A307A48241E2FCE9EBF<br>File Hash: 863BE964334AECC4B123976236E58C371EE116A48DD5DBB2E2D33E9B462CB0A2 | 09-04-2021 02:04:31 | Vixen | 12-25-2017 | 01-15-2018 | PA0002099686 |
| 48 | Info Hash: B6F5BDCA722BCAC4EAB1561FCDE83A4AC08FFB8E<br>File Hash: 5F012319ADF87B5C2017760F4724BC017094185E636CE8EC7E07A722713C1EF8 | 09-04-2021 02:04:28 | Vixen | 09-26-2019 | 10-01-2019 | PA0002217354 |
| 49 | Info Hash: 9690CAE86C60C0ACECC13DBF81AA979AD30AC3C1<br>File Hash: 3863C52BE8D450415A7ADEC65F3966BE1FE3C08D05E6A9A72AED1C3A55D20620 | 09-03-2021 18:12:07 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 50 | Info Hash: 72CF32D82CDC03B4A628E99BA4E2B0327193029A<br>File Hash: 3E733D8E3B150936DFE95A933E771E80401250372AB7D813147805E218331583 | 09-03-2021 18:12:00 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 51 | Info Hash: 4E2DD22F610B2FAC87FBE62FD26DD2A74234B671<br>File Hash: 4D03DA09A5753F32E600840E03859DCDFCB7FF7E02FA6992EE0B5A387E0CDB4D | 09-03-2021 18:10:25 | Tushy | 08-19-2018 | 09-05-2018 | PA0002134998 |
| 52 | Info Hash: 1A39E8D1A9F6C849073CE98ED44EE8183CD834F2<br>File Hash: 993E3D71A3745716F1CD51EA10090146B49CB91F23C498E52562FCA0458EB90E | 09-03-2021 13:41:54 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |
| 53 | Info Hash: 8F9762302DACDFC8A99C61507FC6FB41F7939EF0<br>File Hash: EA90B0315F531F73AA2EF7068350EBFB665030828F7EB51408CFA63FAF1AB877 | 09-03-2021 13:41:25 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 3190852740A8422FB1010622B45A545B2EA2459F<br>File Hash: 92F7CA45AE3B8A43E5A7626B015182EB395475BA13ACFB309BD336FF4EE90EAE | 09-03-2021 03:42:29 | Vixen | 05-04-2017 | 06-16-2017 | PA0002069283 |
| 55 | Info Hash: 103C104845EA92DF434870AF32157ADF8776A105<br>File Hash: 9B8A219E98FA288C57CCF76D04BC85851A377884ADA249E4D50065ACC4596450 | 09-03-2021 01:27:15 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |
| 56 | Info Hash: 4E7F2F93BD5EB1A8C5B4A71DC0B81F6526EBEB00<br>File Hash: B73493E0F474B230E54BB090FD634979C85DF6F5029F0361FEF5108F3D75A8AC | 08-31-2021 00:22:47 | Tushy | 07-05-2017 | 07-06-2017 | PA0002041555 |
| 57 | Info Hash: 5031CF1F96C7661508783CCE855955FE11D34630<br>File Hash: FDAB31AA4417986AE9D5DB4BA49E78E34AD6D623A061045592B4DD48D71B6139 | 08-30-2021 21:58:08 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 58 | Info Hash: B20B838967A81D63C95D7CECED4CD0D3DFD527A3<br>File Hash: 1306CECBDAAB9FE7518AF0DC5FEC1F429F7CAC740786D33BC71B6CBA258AA6C6 | 08-30-2021 21:06:14 | Tushy | 08-09-2018 | 09-05-2018 | PA0002135685 |
| 59 | Info Hash: CFB3C6698C2D3B922752726556F33517ACAB006B<br>File Hash: 78CB09F6C2242774890DE6B5CA4C05DAFC9853410B097ADB6B71BF3B0DDBCF26 | 08-30-2021 00:13:28 | Blacked | 04-30-2019 | 06-03-2019 | PA0002178774 |
| 60 | Info Hash: 96F85F54DC4A7122C5268F0BA6B765EDDBE21338<br>File Hash: 2E51FADA8E68829FAB7E136DD24EB9761D5A416AD4928C2274614AEA67F28329 | 08-29-2021 23:43:31 | Blacked Raw | 06-01-2019 | 07-17-2019 | PA0002188304 |
| 61 | Info Hash: 4B5E60BEAB908B22A619C51BFE1CA256D22CB876<br>File Hash: B3EE98A3D6F25B3443ECAC98CEE991EBBB9682F216C1D4DF19BB2066B87B69D4 | 08-28-2021 18:28:14 | Tushy | 01-01-2019 | 02-02-2019 | PA0002155376 |
| 62 | Info Hash: 2318369BA580F94E503252129C2BE2610F546255<br>File Hash: 7A4B6F5A7E6F8F092F035CF6497AF8AC114F0361F5297B0445F92330EB8A90AD | 08-28-2021 18:11:05 | Tushy | 06-30-2018 | 07-26-2018 | PA0002112157 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08-27-2021 20:06:33 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 64 | Info Hash: DFBAA1C866DF02E6D565BE54944F1BE750268AF3<br>File Hash: AE61122183FC6925D76F1F878BD369A2C4E80E9CDE814F75E0BD44ED294A7DF4 | 08-27-2021 18:58:04 | Blacked | 12-06-2017 | 01-04-2018 | PA0002097418 |
| 65 | Info Hash: E98888B968832E58BCCA5D62724E7C46E3B4397D<br>File Hash: 6E1B5D6E016D2E83F63DE9696CAF40A5F587F241CE2BAC76390E5A33F2107951 | 08-27-2021 18:50:59 | Blacked Raw | 04-22-2018 | 05-24-2018 | PA0002101381 |
| 66 | Info Hash: 37107D709399CD5D5D227EF421460DEED14EEDC8<br>File Hash: D91E2B5F0EBE10E4DAFED157F0901DAF06B7739E0C65D1CCA564999394D8E235 | 08-27-2021 18:28:05 | Blacked | 06-09-2017 | 07-07-2017 | PA0002070825 |
| 67 | Info Hash: 71D79C9682AA689CB51FF049D3E49C9688D5BFB6<br>File Hash: FD0816DDDF9681B511A2AEFB4BCB8CC531743EDC3DBCEB5C8A233A96393A3A4B | 08-27-2021 18:23:28 | Blacked | 09-02-2017 | 09-15-2017 | PA0002052847 |
| 68 | Info Hash: D5C155EE50EC64536373810D1D2B41605132D121<br>File Hash: B0F00154F0F6120DDE1D9C39C0EA8B289F5981D6E701047EB73F4D2ABBB2E874 | 08-27-2021 18:23:19 | Blacked | 12-06-2018 | 12-18-2018 | PA0002141921 |
| 69 | Info Hash: 37C71CA96A9A5DDC57C05C6C84B27B7CA7CC8C97<br>File Hash: F6C0DF6A90BC5B70EE3893FCF63077E686949547F467E0448D001C81B92209D0 | 08-27-2021 18:23:12 | Blacked | 05-10-2018 | 05-24-2018 | PA0002101376 |
| 70 | Info Hash: E9407F58E7AC3E4D0F002D6C7DB295374399E029<br>File Hash: 93E94D485908E0CE0D824D747E4F76C52D9AFCB79CAD56362CC477EC64C83E01 | 08-27-2021 02:49:16 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 71 | Info Hash: D5DDC10163223248FB725AC7532A3740E9E78571<br>File Hash: 2A3B523ABFD29DE3BB785B5ED803D20187B8621B8533FF17B60B6C4A283918CA | 08-26-2021 04:01:40 | Blacked Raw | 11-08-2017 | 12-04-2017 | PA0002097993 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 2080AC5C6B085106A16659381599A6A8FCF18279<br>File Hash: 4284F1BDA3067D8D5110828F5003238E5EF8A81B805C65D82FE33AA40A80BC66 | 08-26-2021 04:01:27 | Blacked Raw | 05-02-2019 | 05-28-2019 | PA0002200769 |
| 73 | Info Hash: DB62E40C2955C3F1CA423B86FC0488F726C2335F<br>File Hash: 5E77791CA69E8D411E98B26FAB96CF8505CC66AE74C42FD899695FD22BDB5A12 | 08-26-2021 03:35:13 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 74 | Info Hash: E1C6EB6AB1D6A4BE69C3360D52D0D72CB316EE62<br>File Hash: 444DA11B1566B92CAD914EAC26E2F3618BF19754B0C1942F95071F249D60FA29 | 08-26-2021 02:39:44 | Vixen | 04-10-2020 | 05-05-2020 | PA0002249031 |
| 75 | Info Hash: 444FD4E358F84BC9FEE02E1AFDE513858E0E71DA<br>File Hash: E350AFC8970887ED68CEE95ED34308B99D2BCF2BF6967CBD154F5ABAA5654C94 | 08-26-2021 02:34:53 | Vixen | 09-21-2017 | 10-10-2017 | PA0002086168 |
| 76 | Info Hash: 288E0948405109A670950D4BA16470FD2A5D75C3<br>File Hash: A024591019EB9C4FD9108120C068BF0057C5559BCC9A84AA6240B0635CC8FF89 | 08-26-2021 02:34:31 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |
| 77 | Info Hash: BFEDDA42C57B434CDBE2560CA5ACA20C241B1255<br>File Hash: D393DCDB5DF5B4BF08DA211B12536FA8C7C3B8928C959E2F38C282084BEC2AB8 | 08-25-2021 12:39:44 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 78 | Info Hash: 10701EDE460C8AA4A8EF05417581F5311B4E8554<br>File Hash: FAE54528F99E71144496CA989E304E9A0A1C4895F365183621C1536C6028E5B9 | 08-25-2021 12:11:09 | Blacked Raw | 07-31-2019 | 08-22-2019 | PA0002195511 |
| 79 | Info Hash: E21F8EC0674CC020C5EC18A44A3C59E0BB577B31<br>File Hash: 29C72ABE1397F601FE81CAAC51AF0417F15CDD688432B1205A86325ECBA4B10C | 08-25-2021 12:10:43 | Tushy | 03-01-2020 | 04-15-2020 | PA0002244962 |
| 80 | Info Hash: D73113BFE9CDDBD27A672E301CB89F271D6996B8<br>File Hash: 7B520930A0CA51AABFD11EBAE48F436FB40C96E9EEFC950645745DBCAC7412AB | 08-23-2021 20:05:32 | Blacked Raw | 01-22-2019 | 03-24-2019 | PA0002183202 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 230A6D45AD01B4CC67F19BABB58E68B928C42502<br>File Hash: 0514D07FB08BE468DC58262E31A69232E4D3FF1697271B02E7E5B031B399976B | 08-23-2021 20:05:30 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 82 | Info Hash: 8E0EE796241D82CB7383837963E78ACC94E1B890<br>File Hash: 7DD1EDAC94F2F123F333440A281D79F396CB9F1C107F85D3D8D1B5862B89DB21 | 08-23-2021 15:23:24 | Vixen | 02-18-2018 | 03-02-2018 | PA0002104767 |
| 83 | Info Hash: 2099151D210EF6870A3A878BD055F2BCEE4A858A<br>File Hash: 746BECE7903523FD42E397FB2A5B10CFE719F9002926CDD98A6D3889CABBCA97 | 08-23-2021 15:23:22 | Vixen | 05-09-2018 | 06-19-2018 | PA0002126667 |
| 84 | Info Hash: 61F216D8AC2EBE704C57B83B3A29825AD2591582<br>File Hash: 807CB8ACAA8003F0EECB663AE3615644BFE6E147953F70BF6FD970D496145B7C | 08-23-2021 15:23:11 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |
| 85 | Info Hash: 934D3E6AC18AA5E695F67FE8F3E36E57940B8ADD<br>File Hash: 338C6F71DB7BA2B66424EB5CEB6C053ABE8420254E7B9DBEE4D1C64D646B1630 | 08-22-2021 22:25:58 | Blacked | 01-15-2019 | 02-02-2019 | PA0002155371 |
| 86 | Info Hash: 883F368FD6A82A0A38A45930A1F82B3E18947320<br>File Hash: 6D74BBB2C7AE3BB82B4F7495FFDA344A01CFE6CB6F9635397AB6939E5916CDCF | 08-22-2021 22:25:32 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 87 | Info Hash: 5967A179ECB17E915F3957FADEC80E9B2D5B9669<br>File Hash: 438A13F42E95B96712064573C99921F9AFBF1427A47586982260C2CAA5E6B528 | 08-22-2021 14:57:04 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 88 | Info Hash: 4FF125E7CC239D7453FF31E1BCACF32F09804795<br>File Hash: 092DF0D4620255E8673A25A447351D4BF3F82A2CB14E005A643CEFF4615A8991 | 08-22-2021 14:24:07 | Vixen | 03-25-2018 | 04-17-2018 | PA0002116726 |
| 89 | Info Hash: 8A842DDCB86E66CAD7B60FCCCE7233DA6889A656<br>File Hash: DF8E6894E3CBC6E08447054B28C296C204B4AFA57B61FD757AF487C9D7C1297F | 08-22-2021 14:23:55 | Vixen | 10-21-2017 | 11-30-2017 | PA0002098006 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: F491E98F15C829B918E94EDC62F86FC9F5FDF9C8<br>File Hash: 1B3F1DA51F73F9333F96A92475051A292BFACA76CB7EF662457FB18470D95BBC | 08-21-2021 16:25:26 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 91 | Info Hash: 31A0CEE0CBEBA1ECD7DDCA954133760919C716E3<br>File Hash: B140202D921E68887E969B7EFB245D9909BD9ECF9A5E2D3EEB5961ECA61D89F7 | 08-21-2021 16:12:33 | Blacked | 02-04-2019 | 03-24-2019 | PA0002183208 |
| 92 | Info Hash: 8B936688C9ABD5C741EF8164BC6802C971CE89E1<br>File Hash: 540E3C13A7423F24465E1C900AAB9C7758F4960F262BECF787B76AC3328E0C87 | 08-21-2021 16:12:32 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 93 | Info Hash: D702D009EB68CCFCCED118FF97BC6DFFFC22A38E<br>File Hash: EEB5F417612E98224C56B6D41EBFFE1E1E502D06E897E6B9C94C4B48BAC263DD | 08-21-2021 15:17:39 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 94 | Info Hash: 511C7F11A60ED930504DEEC07273BB24BD01EE80<br>File Hash: E3DC88EC9DF3BB5855935CB7493B20871AFF903EC4E4024D2D5BB7126A2F1A95 | 08-20-2021 14:20:37 | Tushy | 11-12-2018 | 12-10-2018 | PA0002145826 |
| 95 | Info Hash: 710B65149B6003DEB4C088447741D46DFE159FAE<br>File Hash: 89A777633FD6B2E6877491E21013997B1FBC065164D73B8E44F1E58EFF3A19A6 | 08-20-2021 13:31:38 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 96 | Info Hash: DB4E31929E1FBBEA37C8CE645E14C347A04C443B<br>File Hash: 5157A3CB196917D3CB34F9F14D42A48DC9F05F40CEF72ADC85B65EEEACF9021C | 08-19-2021 12:25:55 | Blacked Raw | 02-26-2020 | 04-17-2020 | PA0002252443 |
| 97 | Info Hash: 0583CA1C4072145CCCC6BEAC22DAA306E125D32B<br>File Hash: 9E7276AF67F4A83EFC492CF4D6EF87E030B4C41E6D23944154E61358B6D0F090 | 08-17-2021 09:03:20 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 98 | Info Hash: E79EC4D3FEB92367693E14BB727D49796B3C6C6F<br>File Hash: 51FC290F5DE0285E7040A7FD84A7DF71182816A326C1B56160787D513A7C0DD1 | 08-17-2021 03:48:51 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 99 | Info Hash: 53D1DE440F17D6567F1067204E832ADE5FADE5CE<br>File Hash: CE413A76BF40C7AFD6A2FDC4D1E3C270F2A436264887410442A171CFA45D906B | 07-26-2021 13:06:16 | Blacked Raw | 06-26-2019 | 08-27-2019 | PA0002213245 |
| 100 | Info Hash: 0667EB9B358B2AD31CE90C534F675E7D9ABBC2CE<br>File Hash: 3CDEC810D94E883E2E7A7119126B71903B93983612D4E5270418E88842D32238 | 07-25-2021 13:42:58 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 101 | Info Hash: 10CDB291CC491B7D3AE629F9FC0B39A2F6240114<br>File Hash: F1B9022EC5907D3AE130E557162F6E1FC5CEABB439AFB36D566E3597AF8C3BAD | 07-22-2021 00:39:05 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 102 | Info Hash: 93E3EBFDCBDB9F8B24F49167AED42356CB6B5797<br>File Hash: 5759CF1E96FE88B6319B0B4C5701F96F1C69FDEC2F5412AA7F336D7204658F08 | 07-21-2021 23:44:09 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 103 | Info Hash: 7F11217907A933EC654083DD05BC9B8AA47AD26C<br>File Hash: 3870EE3C8FF666FC4EEAF6B2B4B77494660132FED209DAB97C31CE0730681FBC | 07-21-2021 23:43:56 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 104 | Info Hash: 2DFD52B630CCF19E7467D102BEE9A00DD9B5FE00<br>File Hash: BB04BEF65F97908459A72857FB6CED65B5629585DBADA45AE827B9220036FF27 | 07-21-2021 23:43:46 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 105 | Info Hash: 699A3B54D2F29D3F66F3A373E3951B08F5136357<br>File Hash: F079A8C52C06777BB4608C708368979A5CD12F559A4387BCC847F731D16121C6 | 07-20-2021 22:55:28 | Vixen | 10-11-2019 | 10-21-2019 | PA0002207779 |
| 106 | Info Hash: 2CD9810A3E3426D2595BD4D10B8F7E1B5E3BD0A1<br>File Hash: 5E1A550D581AD0C22CFBF20C116D21E8F176B830C37BB02130587BA6439DB592 | 07-20-2021 22:53:48 | Vixen | 07-18-2018 | 09-01-2018 | PA0002119684 |
| 107 | Info Hash: 9E7AC67ED84D7D04BF3CC582B9C85202AE696326<br>File Hash: F2A48655FBEF5FF6669D03A8713DF2668EB11CC499D2C41070BF7E2378288216 | 07-19-2021 17:59:42 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: D186815E029743BD57D11EC01404794228A0ED91<br>File Hash: 739DE65DE961A3E2F9881019919C55FB9574EB838DE24A7EA636EB108542422D | 07-19-2021 17:37:19 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 109 | Info Hash: 1DC17DD1BEDEA422F14AA22032051E9083D386C6<br>File Hash: 9814480CBE9C55A9A65825A2045A15BAE2E6969257D970C16BA4327E77C28716 | 07-19-2021 17:00:06 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 110 | Info Hash: 5C41147F4C253F602DE8A0B9E24AC739139DE7E1<br>File Hash: 44ACA84AD127766A3FD50784B34027DAEB742B7A1DA164A179D74B274BB261DA | 07-16-2021 13:23:08 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 111 | Info Hash: 43AA8E29D248BD63C9EE0A8EAF9D8B4ADA089C22<br>File Hash: BD80016D810934FE45C73A18EE828400292235018262580315222 9295D61AA50 | 07-16-2021 12:52:30 | Blacked Raw | 12-28-2018 | 02-02-2019 | PA0002155006 |
| 112 | Info Hash: 315D6998E997E35BA990750436DC4FCC9A8D1E5D<br>File Hash: 0E37654E33ECDB734A7E5DB1FB6D985CE23524DD2A4333ACCB36D2C304E80345 | 07-15-2021 01:35:49 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 113 | Info Hash: 8E3B21D5751F7588D7F8C87CEF062E431D0048F7<br>File Hash: 215A64D03E68A3554C9F255408626669037C799B6EDDEB625F222B14D4D20B52 | 07-15-2021 01:35:32 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 114 | Info Hash: 476E3FCFB4524984E49DD1F39430AE41906240C2<br>File Hash: 834F8CC547969E6D74E71C8E2618B5179EDD19A9D83856E87770170049640070 | 07-15-2021 01:35:26 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 115 | Info Hash: 013FB4E2FE05A577E30A26645152DD345E96C188<br>File Hash: 5EA853B95915065642C5BE28E33FA79850309D4241179FCD4851A98B19346A3B | 07-15-2021 01:35:25 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 116 | Info Hash: 9E5DDD510945C8DD46FF3E459522F0292D605EE0<br>File Hash: 27ACBEAFD3C064094A693AFC0818310C36EDABEFCD4508C74040DFC08488C1D6 | 07-15-2021 00:49:09 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 117 | Info Hash: D3476D877FBEF967D1F55CBF7AE390C8F7E2892F<br>File Hash: 818563EC8DA7FB6EA6E894F2E4CFFA965887099B0E30AD7E2DB101ACB7195734 | 07-15-2021 00:48:51 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 118 | Info Hash: C9F33CBBA97AD447098DDEBA78E24020D3938C10<br>File Hash: D251B62A82C8F59D740F9B3CB21B829B90D45CBE01F3BA6BF71F5438F3270448 | 07-15-2021 00:16:28 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 119 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 07-15-2021 00:16:06 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 120 | Info Hash: 8AF057A71B16809ABB2373C92E2E7B42AA5699EB<br>File Hash: C0181F36C3013FF1D765B265F84D3A0BA0EA45D50138FB714BB392BF125730AF | 07-15-2021 00:07:45 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 121 | Info Hash: 11BE292AF7B6E97B5F5DF01D28694305D92417DA<br>File Hash: 6D2F0AF16950FAA5B78A689DAD0DC66362AEFB1D9655E752A283DD0AEBAED0EF | 07-15-2021 00:01:56 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 122 | Info Hash: 5BA92D25CF47A0162A4A0A27C13DDFE64A3B8C67<br>File Hash: 66F36417F3E9080FFD22E54D4F0581E028B85DDC7FC604D22F77E4531C927F5E | 07-15-2021 00:01:22 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 123 | Info Hash: B96BCDF4558FFA95A926B8F0957D4832CB123808<br>File Hash: C358AB3FFACF26D8E4A32B5DB6946845E742B47D7CB8E99262F2633056E9268C | 07-14-2021 23:34:25 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 124 | Info Hash: 92302A230BB4893C681376D680961137E3E66701<br>File Hash: 9E3CBFD4145F01E6731D9A8650BB0D855CBB9DC7447A71C919E2824F3C23C2F7 | 07-12-2021 23:08:32 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 125 | Info Hash: BB9B1D5CE4DB5A34BD2C3BF4186B2281F6935ADA<br>File Hash: D044D10640875D6E7D75C830EB2613AD8553831CA0CBECE175559DABE29252DF | 07-12-2021 13:55:34 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 126 | Info Hash: 1D2F6A96FCA0768229D3EA273E344D56AC0BB731<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 07-12-2021 01:44:40 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 127 | Info Hash: D50B75F3FBF36DC58F3A4FEAFB4B826C7EA6DC84<br>File Hash: 83650E0ECF2794807EDFC822E9573C5DE5FC44C1DBF249D17CF44A53281BBB52 | 07-11-2021 22:21:47 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 128 | Info Hash: D06FB7FF3800D0F03A1A06ADABCD9AB5774A5262<br>File Hash: 816F6331FFC91DA37B95BE773CAB84DC8FE97F744E1701AA9E5CBDA184600F56 | 07-11-2021 22:21:41 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |
| 129 | Info Hash: 0BAEA36D03C153CF962E2B382C78DCC29D150452<br>File Hash: 3DA5A5D8E73723CBFE58FF538CEA2C7BB814F53793E783D42A109B742A13970B | 07-11-2021 22:11:08 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 130 | Info Hash: 683DC9862ED968CB69F33FDF3EC90FCDBFC90496<br>File Hash: 2DFDD794A3246B61569A8DB7B3CDE814BBE5EE49A65D77DD8F822ACF408696C6 | 07-11-2021 22:04:13 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 131 | Info Hash: 5E871D1CBAD2A537E0A21724A348E71E8776B0B2<br>File Hash: A69B001169ED3CF1A8117085A933380E60C83563DD7E9754DEA71370443D745F | 07-11-2021 22:00:43 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 132 | Info Hash: F096E038B40D9A278744F70E8F7C332EC991A07C<br>File Hash: 6E55A7AF4CD1A273E8649EDF982DC65C0F5950AA9C00F6D2D04EAF9325AA212B | 07-11-2021 22:00:35 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 133 | Info Hash: 94BB0DA0205376A79F16CF4B97D08D302456B5BB<br>File Hash: 4F4BCE2B849859CDD824301DACEDCED592BA24CAD1FA3E5B20B4B210501648AC | 07-11-2021 20:44:32 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 134 | Info Hash: 58D88DA575141DC8576488D728D393B09FE01D83<br>File Hash: 7A76F767DB2265D2EDF5FAD7D38B407F9EA014B140E7F8E7872242B591A18327 | 07-11-2021 20:40:23 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 135 | Info Hash: 3EDEAC15127BDACFB1FC2C2B1CE331BD44085301<br>File Hash: 1674E144EF320392B42794F61A74E5E1AE265BD64258D03D2839B179458F1FE1 | 07-11-2021 20:40:14 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 136 | Info Hash: 0C3FC2C395D484CDE33DEBE68F11C01E6CB01333<br>File Hash: F79A2B17FCC0105C4155D1B138EF10D3F9F12C20E705D25ED304BCD9619863BF | 07-11-2021 18:57:09 | Blacked Raw | 12-18-2017 | 01-23-2018 | PA0002101753 |
| 137 | Info Hash: 07CAE96A19F099040064ED36BAD1EA65E7072BAE<br>File Hash: 1D73C79064A24DA121394C88C901500BA928C1EFA1C766E5601F39DA91CA2980 | 07-11-2021 18:56:47 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 138 | Info Hash: 14EC150240303BC458E005A93C18AA3804379405<br>File Hash: 881A26045A9199215B437CA94DD257E358AA7C411E7E444078DD2A2EE171A6B6 | 07-11-2021 15:45:40 | Blacked Raw | 10-14-2018 | 11-01-2018 | PA0002143424 |